IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DANA TURNER, | ) | |
| Plaintiff, | ) ) ) | Case No. 04-276-KI |
| vs. | ) ) | ORDER |
| DAVID E. HALLBERG; and NORA A. MULLANE, | ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| DAVID E. HALLBERG and NORA A. MULLANE, | ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY OF PORTLAND, | ) ) | |
| Third-Party Defendant. | ) ) | |

Charles J. Merten
Gus Solomon Courthouse
620 S. W. Main Street, Suite 615
Portland, Oregon 97205-3037

    Attorney for Plaintiff

Craig A. Crispin
Patty T. Rissberger
Crispin Employment Lawyers
500 Plaza West, 9600 S. W. Oak Street
Portland, Oregon 97223

    Attorney for Defendant/Third-Party Plaintiff

David A. Landrum
Deputy City Attorney
Office of City Attorney
1221 S. W. Fourth Avenue, Room 430
Portland, Oregon 97204

    Attorney for Third-Party Defendant City of Portland

KING, Judge:

Turner's Motion to Strike and/or Disregard the Contents of Affidavits and Declarations Supporting Summary Judgment against Plaintiff's Amended Complaint (#133) is denied in part and moot in part. Defendant Hallberg's Motion to Strike (#142) is moot. Defendant Hallberg's Motion for Summary Judgment (#115) and Third-Party Defendant City of Portland's Motion for Summary Judgment against Plaintiff's Amended Complaint (#121) are granted in part.

IT IS SO ORDERED.

Dated this   30th   day of August 2005.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge