Steven C. Burke, OSB No. 002198
Steve@case-dusterhoff.com
Case & Dusterhoff, LLP
9800 SW Beaverton Hillsdale Hwy., Ste. 200
Beaverton, Oregon 97005
Telephone: (503) 641-7222
Facsimile: (503) 643-6522

Charles J. Merten, OSB No. 630582
Email: cjmerten@gmail.com
320 SW Stark Street, Suite 202
Portland Oregon 97204
Of Attorneys for Dana Turner

FILED21 JUN '11 15:48USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DANA TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID E. HALLBERG; KATHRYN C. HALLBERG, an individual, and CLAY MCCASLIN, as trustee,<br><br>    Defendants. | CV 04-276-KI<br><br>**TEMPORARY RESTRAINING ORDER** |

This matter coming to be heard on Plaintiff's Motion for Temporary Restraining Order, and efforts to continue the June 27, 2011 non-judicial foreclosure sales have been unsuccessful, and in consideration of Plaintiff's Declaration and Memorandum, THE COURT FINDS AND RULES AS FOLLOWS:

1. Plaintiff has demonstrates a prima facie basis regarding the appearance of fraud and/or fraudulent transfers regarding the four alleges notes and deeds of trust on the

Page 1   -   **TEMPORARY RESTRAINING ORDER**

1     real properties commonly known as 3225 SW 1st Ave., Portland, Oregon; 3215 SW

2     1st Ave., Portland, Oregon (Duplex); 8417 SE 72nd Ave., Portland, Oregon.

3  2. It appears the non-judicial foreclosure sales (trustee sales) are to be held on June 27,

4     2011.

5 ORDER

7  3. Defendants are hereby restrained from proceeding with the above described sale for

8     _14_ days *or until further order of the Court.*

9  4. A preliminary hearing ~~is set for ___ a.m./p.m. on the ___ day of~~ *will be set by the assigned Judge.*

10     ~~___, 2011.~~

11  5. Plaintiff is required to post a bond of ~~$500~~ *$1000* as security for damages incurred by

12     Defendant as a result of this Order.

13     DATED this ~~20th~~ *21st* day of June, 2011.

                                   *Marco Hernandez*
                                   DISTRICT COURT JUDGE

*Case & Dusterhoff, LLP*
*9800 SW Beaverton Hillsdale Hwy., Ste. 200*
*Beaverton, Oregon 97005*

Page 2 - **TEMPORARY RESTRAINING ORDER**